

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2019

No. 04-18-00706-CV

**IN THE INTEREST OF R.M.C., A CHILD,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00998
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On December 21, 2018, we struck Appellant Dad's brief and ordered him to file an amended brief that corrected certain defects. Appellant filed a motion for extension of time to file an amended brief and the brief; the brief is accepted and deemed timely filed. *See* TEX. R. APP. P. 38.1, 38.9.

The Department's brief is due on January 28, 2019. *See id.* R. 38.6(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court